UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR7 (JBA) |
| V. | | |
| WILFREDO PEREZ | : | DECEMBER 21, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF
IN SUPPORT OF MOTION FOR NEW TRIAL**

The defendant, Wilfredo Perez, respectfully moves this Court for an extension of time to file a brief in support of his Motion for a New Trial, until February 28, 2005.  In support of this Motion, defendant states the following grounds:

(1) Mr. Perez was found guilty on Counts I, II, IV and V of the Indictment by a jury on June 29, 2004.

(2) On July 12, 2004, the Court ordered counsel to file any Motion for New Trial on or before August 13, 2004, and further ordered "memorandum[s] in support to be filed 45 days following receipt of transcripts" (Doc. # 1085).

(3) On August 11, 2004, the defendant timely filed his motion for new trial (Doc. # 1144).

(4) Defendant has now been provided with the trial transcript, and the final portions of the trial transcript were made available by the Court Reporter on or about November 30, 2004; by virtue of the Court's scheduling order, this would make defendant's brief due on or about January 14, 2005.

(5) Counsel for Mr. Perez are presently engaged in a state capital habeas proceeding, which will end during January 2005.

(6) As a result of this and other obligations, counsel will be unable to file the memorandum by the present due date of January 14, 2005.

(7) Counsel has been advised by A.U.S.A. David Ring that the government is not opposed to this request for an extension of time in which to file his brief.

(8) This is the first request for an extension of time to file the memorandum in support of the motion for a new trial.

WHEREFORE, it is respectfully requested that defendant Wilfredo Perez be given until February 28, 2005 to file his memorandum in support of the motion for a new trial.

                Respectfully submitted,

                THE DEFENDANT,
                WILFREDO PEREZ

                /s/

December 21, 2004        Richard A. Reeve
                Sheehan & Reeve
                139 Orange Street, Suite 301
                New Haven, CT 06510
                Federal Bar No. ct05084
                (203)787-9026
                (203) 787-9031 (fax)
                rareeve51@snet.net

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of AMENDED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL have been sent by first class mail, postage prepaid, to the following counsel of record as listed below, this 21st day of December, 2004:

| | |
|---|---|
| David Ring, Esq.<br>Assistant U.S. Attorney<br>450 Main Street, Room 328<br>Hartford, CT 06103 | Shelley R. Sadin, Esq.<br>Zeldes, Needle & Cooper<br>1000 Lafayette Boulevard<br>PO Box 1740<br>Bridgeport, CT 06604<br><br>Robert Casale, Esq.<br>250 West Main Street<br>Branford, CT 06405 |

                                          /s/
                                      Richard A. Reeve