**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 7 (JBA) |
| **WILFREDO PEREZ** | : |

### ENDORSEMENT ORDER [DOC.#1322]

Defendant's motion for extension of time to file brief in support of motion for new trial is GRANTED, until 2/28/05.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on January 10, 2005.