## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 7 (JBA) |
| **WILFREDO PEREZ** | : |

### ENDORSEMENT ORDER [DOC. #1340]

      Defendant's motion for extension of time to file brief in support of motion for new trial is GRANTED to March 31, 2005, with the government's reply due on or before April 15, 2005.

      IT IS SO ORDERED.

      ____/s/_____
      Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 8, 2005