UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIMINAL NO. 3:02CR7(JBA)

V.

WILFREDO PEREZ : MARCH 29, 2005

FILED
2005 MAR 29 A 10: 01
U.S. DISTRICT COURT
NEW HAVEN, CT

## THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL

The defendant, Wilfredo Perez, respectfully moves this Court for a third extension of time to file a brief in support of his Motion for a New Trial, from March 31, 2005 to April 29, 2005. In support of this Motion, defendant states the following grounds:

(1) Mr. Perez was found guilty on Counts I, II, IV and V of the Indictment by a jury on June 29, 2004.

(2) On July 12, 2004, the Court ordered counsel to file any Motion for New Trial on or before August 13, 2004, and further ordered "memorandum[s] in support to be filed 45 days following receipt of transcripts" (Doc. # 1085).

(3) On August 11, 2004, the defendant timely filed his motion for new trial (Doc. # 1144).

(4) This Court has granted an extension of time until March 31, 2005 to file the supporting Memorandum.

(5) As a result of other obligations, counsel is unable to file the memorandum by the present due date of February 28, 2005.

(6) Counsel for Mr. Perez anticipate that the memorandum will be completed on or before April 29, 2005, and that there will not be a need to file any further requests for

continuance.

(7) Counsel has been advised by A.U.S.A. David Ring that the government is not opposed to this request for an extension of time in which to file this brief.

(8) This is the third request for an extension of time to file the memorandum in support of the motion for a new trial.

WHEREFORE, it is respectfully requested that defendant Wilfredo Perez be given until April 29, 2005 to file his memorandum in support of the motion for a new trial.

Respectfully submitted,

THE DEFENDANT,
WILFREDO PEREZ

March 29, 2005

Richard A. Reeve
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT 06510
Federal Bar No. ct05084
(203)787-9026
(203) 787-9031 (fax)
rareeve51@snet.net

-2-

## CERTIFICATE OF SERVICE

I hereby certify that copies of the THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL have been sent by first class mail, postage prepaid, to the following counsel of record as listed below, this 29th day of March, 2005:

David Ring, Esq.
David Vatti, Esq.
Assistant U.S. Attorneys
PO Box 1824
New Haven, CT 06508

William T. Koch, Jr.
151 Brush Hill Rd.
Lyme, CT 06371

Richard A. Reeve

-3-