**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 7 (JBA)** |
| **WILFREDO PEREZ** : | |

### ENDORSEMENT ORDER [DOC. #1345]

Defendant's motion for extension of time to file brief in support of motion for new trial is GRANTED to April 29, 2005, with the government's reply due on or before May 16, 2005. No further extension will be granted.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: April 18, 2005