UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:02 CR 7 JBA |
| V. | |
| WILFREDO PEREZ, FAUSTO GONZALEZ | |

SUPPLEMENTAL ORDER REGARDING COUNSEL COMPENSATION RATES

Effective February 1, 2005, as a result of the Fiscal Year 2005 Omnibus Appropriations Act, the maximum hourly compensation rates were increased from $125 to $160 in capital cases for attorneys appointed to represent persons financially unable to obtain adequate representation, pursuant to the Criminal Justice Act, 18 U.S. C. § 3006A, and the Antiterrorism and Effective Death Penalty Act of 1996, codified in part in 21 U.S. C. § 848(q).

The court has taken into consideration the work involved in the instant case, as well as the current status of the prosecution and has determined that the higher rate is warranted. Counsel are hereby authorized to submit their vouchers at the $160 rate, effective as of work performed on or after February 1, 2005.

Dated at New Haven Connecticut this 5th day of May, 2005.

/s/
Joan Glazer Margolis
United States Magistrate Judge