UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr 7 (JBA)** |
| **WILFREDO PEREZ** | : |

**ENDORSEMENT ORDER [DOC. #1375]**

    Defendant's motion for leave to file brief in excess of forty pages is GRANTED.

                                          IT IS SO ORDERED.

                                       _____/s/_____
                                       Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on May 10, 2005.