## Exhibit A

**5/19/00 at 3:34 PM, No. 5JOG10Y5**

| | |
|---|---|
| Berrios | Listen. |
| Matta | What |
| Berrios | You gonna come. I'm gonna put everything that … that I need, you know what I mean? |
| Matta | No. |
| Berrios | I'm going to put everything on the table what I need. |
| Matta | O.K. |
| Berrios | You know that you agree with that |
| Matta | Yep |
| Berrios | Then it's all set. |
| Matta | Yes. |
| Berrios | O.k. |

**5/19/00 at 10:45 AM No. 5JOJ10ST**

| | |
|---|---|
| Berrios | What's going on? |
| Matta | Let me tell you something. I talked to, ah, Dave Ring and I just wanted to let you know where we stand with all of this, 'cuz, you know, I just go back and told him that, you know, he, he's talking to us and, you know, I told him about your concerns, and stuff and, I said, you know, I said, you know, basically, you know, we're going to be de—we're going to be working with this investigation right now |
| Berrios | The, the what? |
| Matta | I was telling Dave Ring just about -- |
| Berrios | O.K., don't, don't, don't talk too, you know, too fast |
| Matta | O.K., I was talking to Dave-- |

| | |
|---|---|
| Berrios | Uh-huh |
| Matta | --Ring about what we had said -- |
| Berrios | Uh-huh |
| Matta | -- and basically your feelings about everything, and your concerns – |
| Berrios | Uh-huh |
| Matta | --and I said one thing I don't understand is is what type of consideration we can give you in terms of less time, and he said if, if you decide to do the right thing and give us good information-- |
| Berrios | Uh-huh |
| Matta | --the best thing that could happen is time served.  So, I misspoke when I talked -- |
| Berrios | Chris. |
| Matta | -- to you. |
| .... | |
| Berrios | Chris.  Chris. |
| Matta | Yup. |
| Berrios | Do you come up what I want I gonna give you everything. |
| Matta | Okay. |
| .... | |
| Berrios | No, no, no.  The only, the only (male voice recording about call being monitored) The only thing that I want is that you come over here, you- you and Andy, |
| Matta | Ok |
| Berrios |  And I'm going to put my points up. |

| | |
|---|---|
| Matta | Ok |
| Berrios | You know |
| Matta | Yup |
| Berrios | I know that you gonna, it's not in your hands, for this thing, I know that… |
| Matta | Ok |
| Berrios | You gotta go back and check it out and everything but let me tell you something, I'm gonna tell you like that and write it down. |

### 5/23/00 at 1:05 PM, No. 5NOG100S

| | |
|---|---|
| Matta | Hey what's up Papi? Um, how about uh, I talked with the man, |
| Ollie | Uh? |
| Matta | I talked with her |
| Ollie | Uh-huh |
| Matta | And ah, it looks good, I mean , nothing we said… anything we said he said it sounds good, |
| Berrios | Ah haa |

....

| | |
|---|---|
| Berrios | O.K. but when you say that to the lawyer, about the appeal and stuff what he say? |
| Matta | He said it sounds very good. He said it sounds very good. And not to get into specifics, but ah… he says it sounds good. We're gonna have to talk about the other things in person, you know, through the, because that takes some detail, but ah…(talks over each other) |
| Berrios | (stutters) And then, uh, you know, uh, you know, You know I'm suing this guy, and then this guy gotta give me the… he says that he don't got money now, he wants to give me a house that he got in Florida and a another thing and a car, you know…he don't got money, he don't got cash, |

| | |
|---|---|
| Matta | He said no one is going to be left out in the cold. |
| Ollie | ah? |
| Matta | No one is going to be left out without a house, I mean everything needs to be worked on, |

....

| | |
|---|---|
| Berrios | and everything they don't got money right now, they say they gonna give me that thing in Florida, |
| Matta | yup |
| Berrios | the car, all that stuff, I don't want later on they turn around and fuck the shit up. |
| Matta | They won't.  They won't. |

**5/23/00 at 9:06 AM, No. 5NOJ10WL**

| | |
|---|---|
| Berrios | Ah you tell my girlfriend what I want for Christmas or… or no? |
| Matta | Ah, we're sitting down this morning. After I talked to you, I talked to him over his cell phone, |
| Berrios | Ah ha |
| Matta | Dave, and (UI) we are going to have a meeting this morning about it. Luisa is on her way over and I am gonna go downstairs with Dave. So I told her some of the things for Christmas and ah (recording about call being recorded or monitored) |
| Berrios | Uh-huh. |
| Matta | So he's very agreeable to everything |

....

| | |
|---|---|
| Matta | Alright I'm going to go talk to the guy now, and ah see where we stand. I mean, I think we are in good shape. I think it will be ah I think… I think your Christmas presents will be good. |

**5/25/00 at 9:58 AM, No. 5POJ10YN**

| | |
|---|---|
| Berrios | And after that, that's my, my, you know, my side, my side of the… I want to see my appeal, you know, something about my appeal. |
| Matta | Um hmm |
| Berrios | You know what I mean? |
| Matta | Yep we'll have to have another meeting after that. |
| Berrios | That's it, after that, you know, if I don't see nothing about my appeal, forget it. You know. |
| Matta | Yup, Step by step, that's what I said. |
| Berrios | Step by step yeah but I already… you know, talking to you and you know, um I doing all my part for the (stutters) forget the, uh… |
| Matta | But like we said a little bit the other day… nothing can be done without you. Ok, |
| Berrios | Yeah. |
| Matta | (talk over each other) If we go, if we go in this direction that we are going in, nothing can be done without you, so if you, we do what we do…(talk over each other) |
| Berrios | Who, who, who, guarantee that to me? |
| Matta | Huh? They can't, they can't, unless you, unless you agree to do, do what has to be done |
| Berrios | (over Matta) um hum, um hum |
| Matta | Unless you agree what has to be done in court… |
| Berrios | Um hmm |
| Matta | It can't be done, it is just that… there is no evidence… without you |

**6/19/00 at 8:59 AM, No. 6JOG1059**

| | |
|---|---|
| Berrios | We heard from his mouth that he gonna… you know try and get the time… |
| Matta | Um hmm |
| Berrios | You my witness |
| Matta | Yeah |
| Berrios | And he said that he… you know… that want a, I want a lawyer, and what he say before, ah nah you don't get a lawyer until after you get indicted, and all this shit, you know what I mean? |
| Matta | Um hmm |
| Berrios | Now he coming, you know more clean, you know what I mean, |
| Matta | Um hm |

**6/28/00 at 9:00 AM, No. 6S0G101B**

| | |
|---|---|
| CM: | Well, I'll see how everything goes with the, uh... Ring's out this week, um, so before you .. We're told yesterday, so he's out for the rest of the week. And, uh, we'll see what Wenc has to say, you know. I'll wait to, uh, probably have another meeting, 'til maybe you catch up with him. |
| OB: | With who? |
| CM: | With him. Wenc. |
| OB: | With Wenc? |
| CM: | Yeah. |
| OB: | What, I gotta go over there? |
| CM: | Um, we'll see, I mean I don't know, he'll probably end up contacting Ring first, and he'll talk, and, uh, he'll talk with you, and then we'll all sit down, probably. So, I don't know. He'll have to talk to you first. See, you know, making sure we're treating you okay, and, you know, he'll want your best interests taken care of, so... which I think you have no problem. I think everybody's been pretty fair with each other to date. You know. |

-6-

| | |
|---|---|
| OB: | Yeah, he know my point, you know my points. |
| CM: | Yea. |
| OB: | You know, I can ... I give you, you know, the best I can.  But the thing is, I gotta protect my side, you know, my people, that I'm saying. |
| CM: | Yup. |
| OB: | You know what I mean? |
| CM: | I got no problem.  We've said that from the beginning, we've got no problem with that. |

**6/5/00 at 10:16 AM, No. 65OG10EW**

| | |
|---|---|
| Berrios | I know, But you know that's my point, that you saying, that the whole thing it is like my family said, you got a paper, I don't even got a friggin' paper to say that the baby is mine, that I signed for my baby you know what I mean? |
| Matta | Yeah |
| Berrios | And then she, my mom ask me for the appeal, Hey Ollie the appeal… the you know… the thing… that he said about the appeal… you sign it for that? |
| Matta | Um hmm |
| Berrios | And I said no, and then what the hell you doing? |
| Matta | Yeah, you just gotta… I mean, I'm sorry to tell you, you're just going to have to trust me. (UI)I think Luisa swore on her mother's life and you know I got three kids, I mean I am going to do everything I can, do everything I can for you, that's basically all I can do right now. |