UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:02CR007(JBA) |
| v. | |
| WILFREDO PEREZ | |
| | May 16, 2005 |

### UNITED STATES' REQUEST FOR ENLARGEMENT OF TIME

On April 29, 2005, the defendant filed an oversized memorandum in support of his motion for a new trial.  In granting the defendant an extension of time in which to file his memorandum, the Court ordered that the Government file its response brief on or before May 16, 2005 (two weeks after the defendant's filing).  *See* Doc. Entry 1372.  The United States herein requests three extra days in which to file its response.  The defendant has no objection.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
DAVID A. RING
ASSISTANT U. S. ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut 06103
Tel. (860) 947-1101
Federal Bar No. CT14362

## CERTIFICATION OF SERVICE

  This is to certify that the within and foregoing has been sent via first-class mail this ___th day of May, 2005, to:

| | |
|---|---|
| Richard Reeve, Esq. | William Koch |
| Michael Sheehan, Esq. | Law Offices |
| Sheehan & Reeve | 151 Brush Hill Rd. |
| 139 Orange Street, Suite 301 | Lyme, CT 06371 |
| New Haven, Connecticut 06510 | |

          /s/
         DAVID A. RING
         ASSISTANT UNITED STATES ATTORNEY