Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of Connecticut

U.S.A.

v.

Wilfredo Perez

Docket No.: 3:02CR7 (JBA)

Hon. Janet B. Arterton
(District Court Judge)

FILED 2005 SEP 12 P 4:22 US DISTRICT COURT NEW HAVEN CT

Notice is hereby given that **defendant Wilfredo Perez** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ] _____
(specify)

entered in this action on **SEPTEMBER 12, 2005**
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    No [ X ]

Date **September 12, 2005**
TO

*Richard A. Reeve* (signature)

Richard A. Reeve (Counsel for Appellant)
Address  Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 203-787-9026

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[ X ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ X ] (done)

ATTORNEY'S SIGNATURE  *Richard A. Reeve*    DATE  9/12/05

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02