UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V  CASE NO. 3:02CR 7 JBA

WILFREDO PEREZ

### JUDGMENT OF ACQUITTAL

The defendant having been charged with a violation of Title 18 U.S. Code Section 1958 and 2 on Count 3 of the Second Superseding Indictment and a jury having found the defendant Not Guilty on Count 3 of the Second Superseding Indictment

IT IS ORDERED that the Defendant is acquitted as to Count 3 of the Second Superseding Indictment this 24th day of February, 2006.

IT IS SO ORDERED:

_____/s/_____
JANET BOND ARTERTON, U.S.D.J.