UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 05-5342 |
| | : | |
| **-VS-** | : | |
| | : | |
| **WILFREDO PEREZ** | : | MARCH 9, 2006 |

### INDEX TO THE RECORD ON APPEAL

    The defendant hereby submits the Index to the Record on Appeal, which consists of all circled entries on the attached docket sheet.

                                                            /s/
                                            Richard A. Reeve

Date: March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that copies of the INDEX TO THE RECORD ON APPEAL have been sent by first-class mail, postage prepaid, to counsel of record as listed below, this 9th day of March, 2006:

David Ring, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT   06510


    /s/
_____
Richard A. Reeve